# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>BURNELL A. YARBER,<br><br>                      Defendant. | Case No. 17-CR-110-JPS<br><br>**ORDER** |

On November 7, 2017, the government filed a motion seeking entry of a preliminary order of forfeiture as to the firearm described in the forfeiture notice of the Indictment. (Docket #20). This forfeiture is made in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Defendant's acquiescence thereto in his plea agreement. The Court will grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that all right, title and interest in the Springfield Armory, model XD-9, 9mm pistol bearing serial number XD222496, is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c);

**IT IS FURTHER ORDERED** that the above-listed item shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge