# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>BURNELL A. YARBER,<br><br>                  Defendant. | Case No. 17-CR-110-JPS<br><br>**ORDER** |

On April 4, 2018, the government filed a motion for a final order of forfeiture and judgment as to certain property of Defendant. (Docket #30). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Bridget Domaszek, (Docket #31), and being satisfied that the terms and provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) have been satisfied, will grant the motion.

Accordingly,

**IT IS ORDERED** that, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the government's motion for final order of forfeiture and judgment (Docket #30) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the United States of America has clear title to the Springfield Armory, model XD-9, 9mm pistol bearing serial number XD222496, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge